IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FAITH M. JOHNSON                                                PLAINTIFF

v.                          NO.  1:05CV00026 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                     DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

THEREFORE, judgment shall be entered affirming the final determination of the Commissioner and dismissing Plaintiff's complaint, with prejudice.

IT IS SO ORDERED this 22nd day of June 2006.


                                                       /s/Susan Webber Wright

                                                       UNITED STATES DISTRICT JUDGE